**Lanny SMITH, Petitioner–Appellant,**

v.

**Lawrence WASDEN and Brent Reinke, Respondents–Appellees.**

No. 12–35275.

United States Court of Appeals, Ninth Circuit.

April 11, 2014.

Elisa G. Massoth, Esquire, Elisa G. Massoth, PLLC, Payette, ID, Petitioner–Appellant.

L. Lamont Anderson, Office of the Idaho Attorney General Boise, ID, for Respondents–Appellees.

Before: PREGERSON, MURGUIA, and CHRISTEN, Circuit Judges.

ORDER

This case is remanded to the district court. The district court shall exercise its discretion to establish a briefing schedule allowing Petitioner–Appellant Smith a reasonable amount of time to complete review of the supplemental discovery provided by the State, and to file a supplement to his habeas petition, or to re-file an updated original habeas petition, and to allow for responsive briefing.

This panel will retain jurisdiction over any future appeal related to this petition.

It is so ordered.